# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL ANDREW RAINEY, | ) Case No. CV 11-3121-ODW (JEM) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| CITY OF ESCONDIDO, et al., | ) |
| Defendants. | ) |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 28, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE