# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDREW RAINEY,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF ESCONDIDO, et al.,<br><br>    Defendants. | Case No. CV 11-3121-ODW (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 28, 2011

                  OTIS D. WRIGHT, II
                UNITED STATES DISTRICT JUDGE